**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 00-30867
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDWARD JOHN FLUNKER,

Defendant-Appellant.

Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. 98-CR-75-1-N

August 13, 2001

Before EMILIO M. GARZA, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5th Cir. Loc. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.